**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 01-cr-00091-LTB-02

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICHARD REGALADO,

       Defendant.

_____

**ORDER CONTINUING SUPERVISION AND
VACATING SUPERVISED RELEASE VIOLATION HEARING**
_____

       THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss supervised release violation proceedings in this case. The Court, having been advised in the facts and premises of the above case, hereby

       ORDERS that the petition for violation of supervised release, dated the 9th day of July, 2007, is hereby dismissed and the defendant is continued on supervised release on the same terms and conditions as before. The Court

       FURTHER ORDERS the supervised release violation hearing scheduled for Friday, August 29, 2008, at 10:00 a.m., be vacated.

       DATED at Denver, Colorado, this  27th  day of August, 2008.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge
                                       United States District Court