**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00091-LTB-02

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RICHARD F. REGALADO,

       Defendant.

---

UNSUCCESSFUL TERMINATION FROM SUPERVISED RELEASE

---

      On February 2, 2010, the Probation Office submitted a Report on Conduct and Condition of Offender and Proposed Action, providing information as to the defendant currently serving a life term of imprisonment with no opportunity of parole.  Accordingly, as the defendant will remain incarcerated and unavailable for supervised release, it is

      ORDERED that the defendant be unsuccessfully discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this   25th   day of February, 2010.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                LEWIS T. BABCOCK
                                Senior United States District Judge